[No. 3637.]

## ANDERSON v. SCHROEDER ET AL.

The case ruled by the judgment in *Leeper v. Schroeder, ante.*

*Appeal from Weld District Court.* HON. JAMES E. GARRIGUES, Judge.

Mr. F. J. GREEN, Mr. C. D. TODD, for appellant.

Mr. T. J. LEFTWICH, Mr. H. I. GARBUTT, Messrs. CLAMMER & TEMPLE, for appellees.

KING, J., delivered the opinion of the court.

The plaintiffs in this case are the same as in *Leeper v. Schroeder & McMurry,* decided by this court at the present term, and, with the exception of the name of the appellant, the parties, pleadings, evidence, findings and judgment of the trial court, and assignments of errors, are, in every material respect, the same as in said cause, and for the reasons set forth in the opinion therein handed down, the judgment herein appealed from is affirmed.

MORGAN, J., dissents.